# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW MEDIUM LLC, <br> AV TECHNOLOGIES LLC, J. CARL COOPER, PIXEL INSTRUMENTS CORPORATION, IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION <br><br> Plaintiffs, <br> vs. <br><br> BARCO N.V., MIRANDA TECHNOLOGIES, TOSHIBA CORPORATION, TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and SYNTAX-BRILLIAN CORPORATION, <br><br> Defendants. | No. 05 C 5620 <br><br> Judge Amy St. Eve <br> Magistrate Judge Cole <br><br> JURY TRIAL DEMANDED |

## CORRECTED FOURTH AMENDED COMPLAINT

Plaintiffs, New Medium LLC ("New Medium"), and AV Technologies LLC ("AV Technologies"), J. Carl Cooper, Pixel Instruments Corporation (Pixel"), IP Innovation L.L.C. ("IP"), and Technology Licensing Corporation ("TLC") complain of defendants Barco N.V. ("Barco"), Miranda Technologies ("Miranda"), Toshiba Corporation ("Toshiba"), Toshiba America Consumer Products ("Toshiba America"), and Syntax-Brillian Corporation ("Syntax-Brillian"), as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is a claim for patent infringement arising under the patent laws of the United States, including 35 U.S.C. § 271. This Court has exclusive jurisdiction over the subject matter of this action under 28 U.S.C. § 1338(a).

2. New Medium is an Illinois limited liability company, with its principal place of business at 707 Skokie Boulevard, Suite 600, Northbrook, IL 60062.

3.     AV Technologies is an Illinois limited liability company, with its principal place of business at 707 Skokie Boulevard, Suite 600, Northbrook, IL 60062.

4.     J. Carl Cooper is an individual residing at 73 Shoreline Circle, Incline Village, NV 89450.

5.     Pixel Instruments Corporation is a Delaware corporation, with its principal place of business at 160 Albright Way, Suite B, Los Gatos, CA. 95032-1822.

6.     IP is a Texas limited liability company, with its principal place of business at 707 Skokie Boulevard, Suite 600, Northbrook, IL 60062.

7.     TLC is a Nevada corporation and has its principal place of business at 1000 E. William Street, Suite 204, Carson City, NV 89701.

8.     New Medium, Mr. Cooper, TLC and Pixel have standing to sue for infringement of the following patents:

| United States Patent No.5,550,594 | "Apparatus and Method for Synchronizing Asynchronous Signals," issued August 27, 1996 ("the '594 Patent"), |
|---|---|
| United States Patent No. 5,946,049 | "Apparatus and Method for Synchronizing Multiple Asynchronous Signals," which issued August 31, 1999 ("the '049 Patent"), |
| United States Patent No. 6,141,057 | "Apparatus and Method for Maintaining Synchronization of Multiple Delayed Signals of Differing Types" which issued October 31, 2000 ("the '057 Patent"), |
| United States Patent No. 6,392,707 | "Apparatus and Method for Maintaining Synchronization of Multiple Delayed Signals," which issued May 21, 2002 ("the '707 Patent"), |
| United States Patent No. 6,469,741 B2 | "Apparatus and Method for Processing Television Signals," which issued October 22, 2002 ("the '741 Patent"). |
| United States Patent No. 6,989,869 | "Apparatus and Method for Digital Processing of Analog Television Signals," which issued January 24, 2006 ("the '869 Patent") |

9. AV Technologies, Mr. Cooper, TLC and Pixel have standing to sue for infringement of the following patents:

| United States Patent No. 4,573,070 | "Noise Reduction System for Video Signals," which issued February 25, 1986 ("the '070 Patent"), and |
|---|---|
| United States Patent No. 4,803,547 | "Adaptive Comb Filtering System for Processing Video Signals," which issued February 7, 1989 ("the '547 Patent"). |

10. IP and TLC together own the full and exclusive right, title and interest in and have standing to sue for infringement of the following patents:

| United States Patent No. 5,424,780 C1 | "Apparatus and Method for Spatial Scan Modulation of a Video Display," which issued June 13, 1995 and, after a reexamination by the Patent and Trademark Office, was confirmed and found valid and patentable a second time on July 23, 2002 ("the '780 Patent"), and |
|---|---|
| United States Patent No. 6,529,637 B1 | "Spatial Scan Replication Circuit," which issued March 4, 2003 ("the '637 Patent"), and |
| United States Patent No. 6,870,964 | "Spatial Scan Replication Circuit," which issued March 22, 2005 ("the '964 Patent") |

11. Barco N.V. is an alien corporation having a principal place of business at Pre`s. Kennedypark 35, 8500 Kortrijk, Belgium. Barco sells consumer and professional electronics products nationwide and in this judicial district.

12. Miranda is an alien corporation having a principal place of business at 3499, Douglas-B.-Floriani, Montreal, Quebec, Canada. Miranda sells electronic products nationwide and in this judicial district. It has a sales office in Barrington, Illinois.

13. Toshiba is an alien corporation organized and existing under the laws of Japan and having its primary place of business at 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan.

14. Toshiba America Consumer Products is a wholly-owned subsidiary of Toshiba, with its primary place of business at 82 Totowa Rd, Wayne, NJ 07470.

15. Syntax-Brillian is a Delaware Corporation having its primary place of business at 1600 N. Desert Drive, Tempe, AZ 85281.

16. Barco has sold or offered to sell products that infringe the '594, '049, '057, '707, '741, '070, '547, '780, '637, '964, and '869 patents within this judicial district, and has advertised the sale of such products in this judicial district.

17. Miranda has sold or offered to sell products that infringe the '594, '049, '057, '707, '741, '070, '547, and '869 patents within this judicial district, and has advertised the sale of such products in this judicial district.

18. Toshiba America has sold or offered to sell products that infringe the '780, '637, and '964 patents within this judicial district, and has advertised the sale of such products in this judicial district.

19. Toshiba has sold or offered to sell products that infringe the '780, '637, and '964 patents within this judicial district, and has advertised the sale of such products in this judicial district.

20. Syntax-Brillian has sold or offered to sell products that infringe the '780, '637, and '964 patents within this judicial district, and has advertised the sale of such products in this judicial district.

21. Barco, Miranda, Syntax-Brillian, Toshiba, and Toshiba America are subject to personal jurisdiction in this judicial district.

22. Venue is proper in this district under 28 U.S.C. § 1400(b).

## PATENT INFRINGEMENT

23.   Barco has infringed the '594, '049, '057, '707, '741, '070, '547, '780, '637, '964, and '869 patents at least by making, using, importing, selling or offering to sell, and by inducing, aiding and/or abetting, encouraging or contributing to others' use of, among other products, television products that fall within the scope of one or more claims of the patents. Barco has received notice of its infringement of the patents.

24.   Miranda has infringed the '594, '049, '057, '707, '741, '070, '547, and '869 patents at least by making, using, importing, selling or offering to sell, and/or by inducing, aiding and abetting, encouraging or contributing to others' use of, among other products, television broadcast products that fall within the scope of one or more claims of the patents. Miranda has received notice of its infringement of the patents.

25.   Toshiba America has infringed the '780, '637, and '964 patents at least by making, using, importing, selling or offering to sell, and/or by inducing, aiding and abetting, encouraging or contributing to others' use of, among other products, television products, computers and MFPs that fall within the scope of one or more claims of the patents. Toshiba America has received notice of its infringement of the patents.

26.   Toshiba has infringed the '780, '637, and '964 patents at least by making, using, importing, selling or offering to sell, and/or by inducing, aiding and abetting, encouraging or contributing to others' use of, among other products, television products, computers and MFPs that fall within the scope of one or more claims of the patents. Toshiba has received notice of its infringement of the patents.

27.   Syntax-Brillian has infringed the '780, '637, and '964 patents at least by making, using, importing, selling or offering to sell, and/or by inducing, aiding and abetting, encouraging or

contributing to others' use of, among other products, television products that fall within the scope of one or more claims of the patents. Syntax-Brillian has received notice of its infringement of the patents.

28.     Barco's, Miranda's, Toshiba America's, Toshiba's, and Syntax-Brillian's separate acts of infringement have injured Plaintiffs, and Plaintiffs are entitled to recover damages adequate to compensate them for the infringement that has occurred, but in no event less than a reasonable royalty.

29.     The separate infringement by Barco, Miranda, Toshiba America, Toshiba, and Syntax-Brillian has injured and will continue to injure Plaintiffs for all of Plaintiffs' unexpired patents, unless and until such infringement is enjoined by this Court.

WHEREFORE, Plaintiffs, New Medium LLC, AV Technologies LLC, J. Carl Cooper, Pixel Instruments Corporation, IP Innovation LLC and Technology Licensing Corporation respectfully request judgment against Barco, Miranda, Toshiba America, Toshiba, and Syntax-Brillian and their subsidiaries and affiliates as follows:

A.      An award of damages adequate to compensate plaintiffs for the infringement that has occurred, together with prejudgment interest from the date infringement of the patents began and through the lifetimes of the respective patents;

B.      Any other damages permitted, including any for willful infringement, under 35 U.S.C. § 284;

C.      A finding that this case is exceptional and an award to plaintiffs of their attorneys' fees and expenses as provided by 35 U.S.C. § 285;

      D.      An injunction permanently prohibiting Barco, Miranda, Toshiba America, Toshiba, and Syntax-Brillian and all persons in active concert or participation with them, from further acts of infringement of the patents except for the '070 and '547 patents; and

      E.      Such other and further relief as this Court or a jury may deem proper.

## JURY DEMAND

Plaintiffs demand a trial by jury.

      Respectfully submitted,

s/ Douglas M. Hall
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
David J. Mahalek
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
    Attorneys for New Medium LLC,
    AV Technologies LLC, J. Carl Cooper, Pixel
    Instruments Corporation, IP Innovation LLC,
    and Technology Licensing Corporation

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that a copy of the foregoing **CORRECTED FOURTH AMENDED COMPLAINT** was filed on August 15, 2007 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court:

| ATTORNEYS FOR MIRANDA TECHNOLOGIES | ATTORNEYS FOR BARCO NV |
|---|---|
| Thomas G. Pasternak<br>R. David Donoghue<br>DLA Piper, Rudnick, Gray, Cary<br>203 North LaSalle Street – Suite 1900<br>Chicago, IL  60601<br>Telephone:  (312) 368-4000<br>Facsimile:    (312) 236-7516<br>tom.pasternak@dlapiper.com<br>David.Donoghue@dlapiper.com<br><br>James M. Heintz<br>DLA Piper Rudnick Gray Cary US LLP<br>1200 Nineteenth Street, NW<br>Washington, DC  20036<br>Telephone:  (202) 861-4167<br>Facsimile:  (202) 223-2085<br>Jim.heintz@dlapiper.com | Daniel J. O'Connor<br>Edward K. Runyon<br>Baker & McKenzie<br>130 East Randolph Drive, Suite 3500<br>Chicago, IL  60601<br>Telephone:  (312) 861-8000<br>Facsimile:    (312) 861-2898<br>Daniel.j.o'connor@bakernet.com |

| ATTORNEYS FOR TOSHIBA | ATTORNEYS FOR SNYTAX-BRILLIAN CORPORATION |
|---|---|
| Paul T. Meiklejohn<br>Dorsey & Whitney LLP<br>1420 Fifth Avenue – suite 3400<br>Seattle, WA  98101-4010<br>Telephone:  (206) 903-8746<br>Facsimile:   (206) 903-8820<br>Meiklejohn.paul@dorsey.com<br><br>Amy Gast O'Toole<br>Bell Boyd & Lloyd<br>70 West Madison, Suite 3100<br>Chicago, IL  60602<br>Telephone:  (312) 372-1121<br>Facsimile:   (312) 827-8000<br>emartin@bellboyd.com<br>aotoole@bellboyd.com | Maxwell J. Petersen<br>Kevin D. Erikson<br>Pauley Petersen & Erikson<br>2800 West Higgins Road, Suite 365<br>Hoffman Estates, IL  60169<br>Telephone:  (847) 490-1400<br>Facsimile:   (847) 490-1403<br>mpetersen@ppelaw.com<br>kerikson@ppelaw.com<br><br>Herman S. Palarz<br>Tyre Kamins Katz & Granof<br>1880 Century Park East – Suite 300<br>Los Angeles, CA  90067<br>Telephone: 310-553-6822<br>Facsimile:   310-552-9024<br>HPalarz@tyrekamins.com<br>DMargules@tyrekamins.com |
|  |  |

/s/ Douglas M. Hall