# EXHIBIT E

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

In Re:

Patent No.: 5,424,780 of 13 JUN 1995                    }
For: APPARATUS AND METHOD FOR                          }
    SPACIAL SCAN MODULATION                        }    Examiner: Chris Grant
    OF A VIDEO DISPLAY                              }
Reexam No.: 90/005,414                                  }
Requestor: J. Carl Cooper                               }    Art Unit: 2711
Filing Date: July 3, 1999                               }

### DECLARATION UNDER 37 C.F.R. §1.132

1. My name is Jerry B. Torrance, Jr. My residence and business are at 77 Lerida Court, Portola Valley, CA 94028, in San Mateo County, California. My telephone number is (408) 497-6120 and my e-mail address is torrance@ix.netcom.com.

2. I have been educated as an Applied Physicist and have since accumulated training and experience in Engineering and Applied Physics. A résumé (shown on my website at www.netcom.com/~torrance) of my educational and professional credentials, experience, and technical achievements is attached to this *Declaration* as EXHIBIT 'A'.

3. In particular, my experimental expertise is in optics and optical properties of materials, fields in which the concept of resolution is a reoccurring phenomenon. In the printer area, I have worked on IBM's copier and an ink jet printer project. As a consultant, twelve of my clients have had me work with them on displays, where resolution is always an issue. I have also worked on problems of lithography another area in which resolution plays a dominant role.

4.  I have been retained by James C. Cooper, patentee and requestor for re-examination of US Patent No. 5,424,780, as a scientist and engineer skilled in the art of display technology for the purpose of comparing technology described in US Patent No. 4,677,493 of 30 JUN 1987 to Shinya with that of Cooper's '780 patent - as that technology was understood on or about 22 MAY 1989, when Cooper filed his original application for patent.

5.  I have read and I understand Shinya's Patent No. 4,677,493 and Cooper's Patent No. 5,424,780.

6.  In order to determine the state of the knowledge and skill level in the art prior to May 22, 1989, I have chosen to examine the "Proceedings of the First International Congress of the Society of Photographic Scientists and Engineers", held in Venice, Italy between June 22-16, 1981 and published as "Advances in Non-Impact Printing Technologies for Computer and Office Applications", Edited by Joseph Gaynor and published by Van Nostrand Reinhold Company in 1982 (ISBN: 0-442-28167-6) (EXHIBIT B)

This proceedings contains articles written by the Non-Impact Printing industry's most active scientists and engineers at that time and represents a view of the knowledge of workers skilled in the art. Note that non-impact printing includes thermal printers such as those to which Shinya's patent applies. In these articles, the concept of "resolution" of a printer is commonly defined in terms of the number of lines (or dots) per inch (or mm) printed by that printer that can be distinguished or resolved by the human eye. These articles teach that higher resolution is achieved by more dots per inch, which in turn is accomplished by smaller dots.

8. As an example, in an article starting on page 541 by G. Bottlik and G. Cann from the Xerox Research Center in El Segundo, CA entitled "The Effect of Fundamental Processes on Image Resolution in Electrographic Printing" (EXHIBIT C), they discuss Electrographic printer systems and state that "Currently, the maximum indicated resolution of most of these systems is 8 lines per mm (200 lines per inch), or a pixel size of approximately 0.127 mm." They continue to correlate resolution with copy quality, stating that (at that time) the lowest category of copy quality corresponds to resolutions between 4 and 8 lines per mm. "Medium quality copy.... Can be placed between 10 and 16 lines per mm.... The high quality copy range is in excess of 16 lines per mm." Thus, Bottik and Cann teach that higher quality printing is associated with higher resolution, which is achieved by more lines per mm.

9. Another article from this proceedings starting on page 573 is entitled "The Developments of High Resolution Electrostatic Apparatus" by R. Miida, M. Ohnishi, K. Tomura, and K. Samejima from Mitsubishi Electric Corp, Japan (EXHIBIT D). In a section of this article entitled "High Resolution Recording", the authors state, "In order to realize high resolution recording, we must reduce dot spacing and dot diameter...." In fact, they concluded that in choosing between positive and negative recording, "Positive recording method was adopted because of ....small dots for high resolution..." Thus, Miida et al. teach that smaller dot diameters give higher actual and apparent resolution.

10. A person of ordinary skill in this field would know smoothing is not the same as improving resolution and that while Shinya's patent shows how to smooth the image, it actually decreases the apparent resolution of the displayed image.

11. As an example, a person of ordinary skill in this field would know that if one were to apply the teachings of Shinya's patent to the case of two parallel diagonal lines with very close spacing, broadening the dot size would smear the lines together so that they would not be distinguishable as separate lines, i.e., they would not be resolvable because this method actually decreases the apparent resolution, as this example demonstrates. The lines have become smoother, but with decreased resolution.

12. As another example, a person of ordinary skill in this field would know that if one were to apply the teachings of Shinya's patent to the case of a small diameter circle, broadening the dot size would smear the apparent steps of the circle, but would broaden the line such as to decrease the diameter of the apparent hole, possibly even filling in the hole completely. Thus, the circle would appear more like a dot, demonstrating that this method actually decreases the apparent resolution.

13. In the patent of Shinya, a diagonal image is smoothed by increasing the dot size. As of the May 22, 1989 filing date of the Cooper '780 patent, one of ordinary skill in the art would know that while Shinya can operate to smooth the images it displays it does not increase or improve the apparent resolution of the smoothed images.

\* \* \*

I hereby declare that all statements made herein of my own knowledge are true, that all information made on information and belief are believed to be true, and that all opinions expressed are true in my professional opinion; and further that these statements are made with the knowledge that willful false statements and the like so made are punishable by fine and imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Executed this 26th day of July, 2001 at Portola Valley, San Mateo County, California.

_____
Jerry B. Torrance, Jr.

# EXHIBIT A

## Jerry B. Torrance, Jr.

### Materials Applications/Solutions for High Technologies, LLC
**77 Lerida Court**
**Portola Valley, CA 94028**
**(408) 497-6120**
torrance@ix.netcom.com
www.netcom.com/~torrance

## Employment

1993-Present,   CEO, Materials Applications/Solutions for High Technologies, LLC, a highly successful consulting firm with a history of more than 40 clients, from large corporations to start-ups, from Silicon Valley to international, over a wide range of different technologies.  Special experience in start-ups and in display technologies.

1972-1993   Manager,
       IBM Almaden Research Center, San Jose, CA
       IBM Systems Storage Division, San Jose, CA
       IBM Watson Research Center, Yorktown Heights, NY

       Led broad range of projects in technology and applications
       for over 20 years for IBM.

## Education

| Harvard University | Applied Physics | Ph.D. |
| University of California, Berkeley | Physics | M.A. |
| Stanford University | Physics | B.S. |

## Professional Accomplishments

Consistent high performance at IBM: Ranked in top 15% over 20 years.

- Four IBM "Outstanding Innovation Awards".

Elected "Fellow" of American Physical Society

More than 150 published articles and books

## Professional Memberships

Elected "Fellow" of American Physical Society

Materials Research Society (MRS)

Society for Information Display

SPIE

American Vacuum Society (AVS)

Full Member of Professional & Technical Consultants Assoc.

## Languages

| | |
|---|---|
| Spanish | Fluent in Speaking, Reading, & Writing |
| French | Adequate in Speaking & Reading |

# EXHIBIT B

# ADVANCES IN

# NON-IMPACT PRINTING TECHNOLOGIES

# FOR

# COMPUTER AND OFFICE APPLICATIONS

THE SOCIETY OF PHOTOGRAPHIC SCIENTISTS AND ENGINEERS

PROCEEDINGS OF THE

FIRST INTERNATIONAL CONGRESS

VENICE ITALY

JUNE 22-26, 1981

## EDITED BY

## JOSEPH GAYNOR

INNOVATIVE TECHNOLOGY ASSOCIATES

VAN NOSTRAND REINHOLD COMPANY

SOCIETY OF PHOTOGRAPHIC SCIENTISTS AND ENGINEERS (SPSE)
7003 Kilworth Lane, Springfield, Virginia, USA

This book was reproduced from copy submitted by the authors.

SPSE Editorial Committee

Dr. Allan Shepp, Polaroid Corporation
     SPSE Publications Vice President

Robert H. Wood, SPSE Executive Director

Patrice Zechman, SPSE Publications Secretary

Copyright © 1982 Society of Photographic Scientists and Engineers

Library of Congress Catalog Card Number: 82-20018
ISBN: 0-442-28167-6

All rights reserved. No part of this work covered by the copyright hereon may
be reproduced or used in any form or by any means--graphic, electronic, or
mechanical, including photocopying, recording, taping, or information storage
and retrieval systems--without permission of the publisher.

Manufactured in the United States of America

Published by Van Nostrand Reinhold Company Inc.
125 West 50th Street, New York, N.Y. 10020

Van Nostrand Reinhold Publishing
1410 Birchmount Road
Scarborough, Ontario M1P 2E7, Canada

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire, England

15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

Library of Congress Cataloging in Publication Data

          Main entry under title:

          Advances in non-impact printing technologies for
          computer and office applications.

            1. Nonimpact printing--Congresses. I. Gaynor,
          Joseph. II. Society of Photographic Scientists and
          Engineers.
          Z252.5.N64A38  1982      686.2'314     82-20018
          ISBN 0-442-28167-6

ii

# ADVANCES IN NON-IMPACT PRINTING TECHNOLOGIES FOR COMPUTER AND OFFICE APPLICATIONS

Z
252.5
N64
A38
1982
ENG

The Effect of Fundamental Processes on Image Resolution in Electrographic Printing

G. Bottlik and G. Cann
Xerox Research Center, El Segundo, CA

## Abstract

Current Electrographic printers have a resolution of 8 lines per mm. This resolution is degraded by anomalies such as flaring, which can randomly produce irregular spot sizes as large as 0.5 mm with an 0.127 mm diameter stylus. The flare is not dependent on stylus size; consequently, as resolution is increased, the degrading effect on image quality becomes progressively more severe.

. Experimental characterization and phenomenologial modeling are used to show that these flares are initiated at sites on the writing stylus periphery determined by the stylus/matrix interface conditions and the local current density, and spread on the dielectric surface due to high electron interaction energy. The charge deposition current is a summation of many current bursts from a multitude of sites. The effects of varying the writing voltage and pulse width, pulse frequency and spatial influences are detailed.

A hypothesis, deduced from the experimental data, relates the phenomena occurring at the stylus surface with those in the air gap and at the dielectric paper surface.

The specialized equipment used in the investigation is described, together with the methods of control and data gathering with a minicomputer. One unit detects, digitizes and stores the time of occurrence and magnitude of current spikes associated with flares. The second instrument is a scanning microelectrometer with an 0.07 mm spatial rise.

## Introduction

Electrographic recording is a well established technology. (Appendix I) utilized widely to produce hard copy from digitally stored and generated data. Currently, the maximum indicated resolution of most of these systems is 8 lines per mm (200 lines per inch), or a pixel size of approximately 0.127 mm. Since correspondence quality (Appendix III) materials require resolutions in excess of 10 lines per mm, there is a definite need to explore the extension of the resolution of electrographic systems beyond current levels.

There are a number of deterrents to increasing this resolution, such as the number of electronic drivers required and the data band width, but our concern here is with the ability to deposit a charge pattern on the dielectric recording medium small enough and consistent enough to enable an acceptable resolution.

This ability is governed by the minimum spot size which can be deposited regardless of stylus size and anomalous behavior of the process which produces irregular spots (Figure 1). This behavior is referred to herein as flaring, a phenomenon which results in developed charge patterns which are not proportional to the stylus size and are not concentric with the stylus.

## Hypotheses

A literature search did not uncover any previous work on electrographic flaring. A number of hypotheses attempting to explain the flaring phenomenon were advanced in subsequent discussions. These include, but are not limited to:

1) Field concentrations at surface irregularities of the stylus lead to field emission of sufficient electrons to cause abnormally large discharges.

4) The inherent distributed capacitance of the stylus is discharged at random intervals, depositing charge in excess of that deposited following the initial breakdown.

5) A combination of any or all of the above.

## Experiments

A three pronged experimental effort was used to explore the cause of the flares. The first was to devise a means to capture and analyze the current pulses which can be observed during the application of the voltage pulse to the stylus (Figure 2). The second employed the study of the charge pattern deposited on the dielectric and the third consisted of examining the surface structure of both the stylus and the paper. The apparently random occurrence of the phenomenon indicated that a statistical approach may prove beneficial. To this end the Event Detector and Storage Unit (Appendix IV) was designed and built. The use of statistical techniques, such as survey sampling methods, distribution analysis and probabilities proved invaluable in the determination of the behaviors of the various stylus conditions. To be able to study the deposited patterns without the effects of development, the Scanning Microelectrometer (SME, Appendix II) was developed and the image restoration techniques (Appendix V) implemented. Since the electrometer measures voltages rather than charge as shown in Figure 5, the actual charge patterns were estimated by mathematical techniques (Appendix VII). The surface structures were studied by a modified surface profilometer and with a scanning electron microscope.

## Definitions

Some definitions are useful in our discussions of the experiments, data and of the phenomenological hypotheses:

flare - any visually detectable developed charge pattern which is not geometrically similar to and not concentric with the writing stylus.

nucleus - the smallest visually identifiable developed charge pattern which results on the dielectric paper as a result of applying a voltage between the writing stylus and the back (conductive side) of the paper.

charge acceptance limit - the value of the voltage measured above the surface of a dielectric that has been saturated with charge by a corotron.

event - a current spike which occurs during the application of the write pulse.

error rate - the number of current pulses indicated as having "events" by the EDSU which were not visually identified as flares, divided by the number of nonflaring spots.

detection rate - the number of pulses indicated as flares by the EDSU, divided by the number of spots with flares as determined visually.

Case 5:07-cv-80329-JF    Document 3    Filed 08/24/2007    Page 14 of 54

Prior experiments conducted to prove or disprove the above hypotheses had been in general inconclusive. Our experiments show that portions of all of them can be corroborated. We will now describe our major experiments and the behaviors which they evidenced.

By using both visual counting methods and the EDSU, the two basic behavior patterns of styli in epoxy were determined. (In general, the error rate of the EDSU was below 3 percent and the detection rate above 80 percent. This allowed us to use the electronic data, periodically checked visually, for our statistical data base.) The behavior patterns are shown in Figure 3. Note that both behaviors are independent of time, depending purely on the distance travelled while the paper is in contact with the matrix material. Experiments which move the paper without being in contact with the matrix material exhibit the same behavior as if the spots were deposited immediately adjacent to each other, i.e., $D/d = 1$.

The Scanning Microelectrometer was used to determine the voltage distributions which result from varying the stylus diameter, stylus material, writing voltage and pulse width. The voltage distributions were then deconvolved (see Appendix V) to remove the effects of the electrometer probe. The voltage distributions were then compared to the ones calculated from assumed charge distributions.

Information was gathered about the mechanical surface characteristics of both the paper and the styli and the material surrounding the stylus using surface profilometry and the Scanning Electron Microscope. No direct link between surface characteristics and the discharge behavior was established.

## The Effects of Pulse Width and Writing Voltage

Both the pulse width and the writing voltage increase the size, density and quantity of the nuclei formed during the application of the pulse.

## The Behavior of Various Metal Styli

Most of our experiments were conducted with copper styli; however, their performance was also compared to that of nickel, stainless steel, tungsten, and platinum styli. The diameters of the styli were varied from 0.025 to 0.48 mm. There are statistically significant differences in the probability of flaring with these metals. However, none of the materials eliminates flaring. The stylus diameter also does not influence the probability of flaring.

## Summary of Behavioral Evidence

The single most influential modifier of flaring behavior is the existence of an air "moat" around the stylus as shown in Figure 9. Identical behavior is observed with moats created by etching, mechanical removal, or by disintegration caused by arc discharges.

the distance between charge deposits independently of time.

| | |
|---|---|
| 2. Current spikes occur only with flares. | 2. Current spikes occur without flares. |
| 3. The probability of flares decreases with the sequence number of the spot from the same stylus. | 3. No flaring. |
| 4. The occurrence of flares is not a function of the pulsewidth. | 4. No flaring. |
| 5. The number of current spikes detected increases with pulse width. | 5. Multiple spikes are rare. |

## Explanation of the Major Phenomena Associated with Flaring

### Oxide Layers on the Stylus Surface

Any surface exposed to the air will absorb oxygen atoms which then can form thin layers of oxides. The electric field across these oxides is very large prior to the initiation of the discharge. The mechanism of discharge from the copper surface with oxide layers is covered extensively in the work of Hitchcock and Guile. In short, electrons at first tunnel through the oxide at preferential sites (nuclei, Figure 4) which then emit electrons for short bursts of several nanoseconds. Sites can reheal and begin to emit again. The total charge deposition may therefore be thought of as being represented by parallel paths, each controlled by a switch.

### The Formation of a Nucleus

The formation of a nucleus above is assumed to be the basic building block in the process of creating a pixel of charge on the dielectric surface. The nuclei grow in size and density both with pulse width and writing voltage and their charge density can be calculated. There is good correlation between the calculated charge distribution and that obtained by the scanning electrometer data.

Successive spots from a given stylus show that nuclei are always formed at the same preferential sites, despite the abrasive action of the paper.

### Formation of a Normal Deposit by a Stylus in a Dielectric Matrix

When the dielectric field is established between the stylus and the backup electrode, field emission of electrons (probably the emission process associated with switching in the thin pores of the cuprous oxide as described above) is initiated at preferential sites around the circumference of the stylus. Collisions of these electrons with molecules of oxygen and nitrogen produce additional electrons and positive ions. The electrons attach themselves to absorbed molecules of these gases on the dielectric surface, while the positive ions flow to the cathode (stylus) and/or the insulator

544

level current. Preferential emission sites are distributed over the whole face of the stylus, but the ones on the periphery always emit first, because of the stronger fields in those areas. The current flow stops at each site when enough charge has been built up on the dielectric to reduce the field sufficiently to extinguish the emission of additional electrons.

## Formation of a Flare by a Stylus in a Dielectric Matrix

The initiation of a flared spot proceeds as above, with the exception that the number of available electrons is much greater. The reasons for this larger availability are not quite clear yet but are believed to be related to the transport of charge on the dielectric surface surrounding the stylus (Baum *et. al.* 1978 and Toomer and Lewis, 1979). The density of electrons arriving at the dielectric surface gives rise to a sufficiently high interaction energy to cause them to spread laterally until this energy decreases and suitable attachment sites are found (Appendix VIII). Such diffusion of charge across the surface of a variety of dielectrics has been shown by a number of authors (e.g. Toomer and Lewis, 1979). Additional current pulses at the same site serve to build a normal nucleus at the flared site.

## Scenario for the Sequential Probability Property

When an initial discharge from a stylus occurs no positive ions are attached to the material surrounding the stylus. Under this condition, the interaction energies of the charged particles on the dielectric surface are such that charge spreads laterally, forming a flare. Each successive discharge from this stylus serves to accumulate some positive charge around the stylus. This reduces the total interaction energy, thus reducing the probability of a flare occurring with each successive spot. At the same time, contact with the paper is removing charge, contributing to an increase in the probability of flares. After about 30 spots, an equilibrium probability is established. This probability is dependent upon the distance the paper travels over the stylus periphery. The longer the travel, the more charge is removed without replenishment and hence the higher probability.

## Generation of Current Spikes and Flare Prevention with an Air Moat

The evidence indicates that detected events are the result of current pulses which are not associated with the normal charging of the dielectric. Styli in epoxy, or in other solid dielectrics, generate events which have been shown with extensive statistics to be correlatable to the occurrence of flares. Styli in air, on the other hand, generate these events without flares, and also with a higher probability. If the accumulation of charge on the periphery of the styli is assumed when a solid dielectric is present (as can be deduced from similar experiments performed by Toomer, 1979), the events which are detected in the absence of flares and with an air moat present can be ascribed to a neutralization current to the other side of the moat, while events detected during flaring are related to charge transfer to the dielectric. The air moat allows the positive ions to accumulate since the paper cannot remove them by contact. The interaction energy is thus kept at a low enough level to prevent flares from occurring.

surrounding the stylus will prevent the formation of lines. This one is able to deposit charge patterns which can be developed to a minimum diameter which is 0.05 mm larger than the stylus diameter. If a minimum stylus diameter of 0.025 mm (0.001 inches) is assumed for ease of fabrication, the reasonable ultimate resolution of electrographic recording can be assumed to be about 12 lines per mm (300 lpi). As such, it should be competitive with ink jet type printing as far as resolution is concerned.

The explanations of the observed phenomena account for a majority of the observed behaviors. Further experimentation with different approaches is still required to completely explain the phenomenon.

## Acknowledgments

Many people have contributed to all phases of our investigation. Dave Hartke's design of the EDSU and SME circuitry got the equipment phase started. The sensing concept of the electrometer is due to Paul Nielsen, the XY table drive circuitry design to Will DuVall. Bob Hunt designed and implemented the microprocessor interfaces and Warren Sterling provided the image restoration programs. Willard Opocensky's craftsmanship and mechanical design contributions made our equipment work. Rome Labrie, our research assistant, built all the electronics, gathered the lion's share of the voluminous data, and made many useful suggestions.

Discussions with John Weigl, Eric Pell, Armand Tanguay, and Dolf Landheer helped us gain additional insights. The consistent support and helpful suggestions of our laboratory and area managers, Jess Rifkind and Horace Mooore, made the project possible.

## APPENDIX I

### Electrography

Electrography is defined as the process of depositing electrostatic charge on dielectric coated, partially conductive paper by the means of modulating a voltage on a conductive stylus and on an electrode contacting the conductive side of the paper (Figures 6 and 7). The paper, under light tension, is assumed to be in "contact" with the stylus to the extent that an air gap is created by the surface roughness of the paper. The gap and the surface roughness are of the same order of magnitude (~5-20 micrometers). A simplistic explanation of the process assumes that as the stylus voltage is increased to the point at which the air ionizes, an electrical discharge occurs and an electrostatic charge pattern corresponding to the stylus geometry is deposited on the dielectric. The breakdown voltage is assumed to be the Paschen voltage (Figure 8). (For the classical treatment of air breakdown phenomena, see Cobine or Meek and Craggs; Germer is also a good summary of more current work.)

The latent image thus formed is developed with an oppositely charged toner. Either liquid or dry toner can be used, but our investigations were conducted with liquid toned images. The liquid toner has a higher resolution (submicrometer particle sizes) and does not require heat or pressure fusing.

## APPENDIX II

### The Scanning Microelectrometer

This instrument was designed and built in order to map the voltage distribution on the dielectric paper surface. By calculating the charge distribution from the voltage distribution instead of deducing it from the developed charge pattern, the effects of development are eliminated and inferences about the eletrographic discharge can be made directly from the spatial charge distribution.

The input probe responds to induced current caused by modulating the capacitance between the dielectric surface and the probe. The surface potential and probe potential result in an error voltage to a feedback amplifier which attempts to reduce the difference to zero. The time step response of the system is ten milliseconds, while the slew rate is 50 volts per millisecond.

A voice coil is used to position and to modulate the probe in the z-axis with a frequency of 100 hertz and an amplitude of 0.015 mm. The average vertical position is determined by measuring the capacitance between the probe surface and the dielectric surface, assuming the dielectric capacitance per unit area is significantly larger than the gap capacitance per unit area (113 picofarads). Thus, the nominal probe position of 0.05 mm above the sample can be maintained within the limits of the servo system range of 0.06 mm.

The probe consists of a 0.025 mm diameter insulated magnet wire epoxied in place in a 0.08 mm hole and lapped and polished. Scanning is accomplished with two stepper motors with thread driven slides having a minimum step of 0.64 micrometers. A vacuum chuck is used to retain the sample. The table motion is controlled by an Apple II, using a PASCAL program. The program is also used to acquire the voltage data through an 8 bit A/D converter, resulting in a resolution of $\pm 1.9$ volts over a range of -244 to +244 volts.

The step response, obtained by scanning across a sharp edge, is 0.07 mm measured at the 10 and 90 percent points. The dielectric and conductor thicknesses of the sharp edge sample have been kept at a minimum in order to reduce the fringe fields.

## APPENDIX III

### Resolution and Copy Quality

Copy quality is difficult to define or measure and will most likely always remain a subjective term. For the purposes of our current investigation we will define some broad categories.

The lowest category of copy quality can, we feel, be best defined as that necessary for documents which have no originals with which to compare the "copy." In other words, these are not copies, and can be judged on their own merits, whether or not they perform the function for which they were intended. In general, resolutions between 4 and 8 lines per mm are adequate in this category.

547

Medium quality copy, not usable if it is to be compared with impact originals but quite sufficient to reproduce most fonts and characters in legible form, can be placed between 10 and 16 lines per mm.   It is this range that our investigations are aimed at.

The high quality copy range is in excess of 16 lines per mm and encompasses technologies like laser raster output and optically generated xerographic images and is most likely beyond the capabilities of high voltage electrography.

## APPENDIX IV

### Event Detector and Storage Unit

When a voltage pulse is applied to the writing stylus, the resultant current trace appears as in Figure 2.  Since there were indications that the current spikes are somehow related to flaring, the Event Detector and Storage Unit (EDSU) was devised to capture these signals.   In its final embodiment, the unit utilizes a delay line integrator to detect, quantize and digitize the individual events (spikes).

The input signal closely resembles an exponentially decaying step response.

For an input $E_{in} = \exp(-at)$     $1/a = 33$ nanoseconds $= T$

$L(E_{in}) = 1/(s+a)$          where $L$ is the Laplace operator

The generalized delay function at $t(n)$ where $n = a$ is:

$L[E_{in}, (t-a)] = \exp(-as)/s(s+a)$

and the transform of the output is:

$L(E_{out}) = [s + \exp(-t_1 s) + \exp(-t_2 s) + \dots + \exp(-t_n s)]/[s(s+a)]$

Using numerical techniques, the delay line output is obtained.  The resultant base line gain is reduced significantly but rejection is still poor.

The rejection is corrected by subtracting a weighted value of the integrator output, such that a signal of opposite polarity is obtained.  The output eventually (at about 50 nanoseconds) regains its original polarity.

The output signal is now represented as:

548

Numerical techniques are again used to calculate the final output. By triggering on the opposite sign signal, waiting a discreet time (such as 50 nanoseconds), and digitizing the value at that time, we can extract the current spikes, noting their time of occurrence and magnitude. These values are then digitized.

The EDSU is controlled by an Apple II, which initiates the discharge pulses and stores and analyzes the resultant current spike data.

## APPENDIX V

### Image Restoration

A 32 by 32 pixel map of a given voltage pattern is generated by the Scanning Microelectrometer, with the value of each pixel representing the voltage level at the corresponding position in the voltage pattern. The usual pixel center spacing is 0.013 mm in both orthogonal directions. Since the effective diameter of the probe is 0.07 mm, the measured voltage level at a given coordinate is a function of the neighboring pixels as well. The probe, therefore, is acting as a low pass filter. In order to restore the image to its true value, the low pass effect must be removed.

Let the true image be f with elements $f(x,y)$ : $x = 0,1...31$ and $y = 0,1...31$. Let the degraded image be g with elements $g(x,y)$. Let the degradation process be modeled by the operator H. If H is assumed to be a linear operator and to be position invariant, then linear system theory can be applied, that is additivity and homogeneity. Denote the unit impulse function (Dirac delta) by $d(x,y)$, having unit energy and dimensions approaching zero.

Then for any image f

$$f(x,y) \; = \; \int \int \; f(a,b)d(x-a,y-b)dadb$$

and

$$g(x,y) \; = \; \int \int \; f(a,b) \; H[d(x-a,y-b)] \; dadb$$

where $H[d(x-a,y-b)]$ is the impulse response or point spread function (PSF). Using the space invariant property, it becomes:

$$h(x,y) \; = \; H[d(x,y)]$$

The last double integral is actually a convolution and can be rewritten

$$g(x,y) = f(x,y) * h(x,y)$$

The fourier transform F of an image f is given by

$$F(u,v) = F[f(x,y)] = \int \int f(x,y) \exp(-2\pi j(ux+vy)) \, dxdy$$

$u = 0,1...31; \; v = 0,1...31;$ where $(u,v)$ denotes spatial frequency space.

Since $f(x,y) * h(x,y) = F(u,v)H(u,v)$, the initial degradation can be written:

$$G(u,v) = F(u,v) \; H(u,v)$$

and if h is known or can be approximated, then the restored image can be calculated from the equation

$$f_r(x,y) = F^{-1}[F_r(u,v)] = G(u,v)/H(u,v)$$

in which zeros of H cannot be tolerated.

*Note that all integrals are from $\infty$ to $+\infty$ and continuous representation is used throughout. For the extension to discrete functions, see Cooley and Tukey (1965), whose techniques were utilized to perform our calculations.

## APPENDIX VI

### Capacitance Measurements

The capacitance of the paper dielectric has been measured in two ways, both of which utilize the relationship

$$C' = it/E$$

where $C'$ is the capacitance per unit area, t is the time, and i and E are the current and voltage respectively. The charge is deposited using a blade instead of individual styli in order to generate large enough currents for measurement. The time is determined by the paper speed (s), and the unit area is obtained with the blade width, w. Therefore

550

In the first method, the writing current is held constant by holding the writing voltage constant and the latent voltage is measured. The resultant calculated capacitance is called the apparent capacitance, since there is a time lapse between the time that the charge is deposited and the time when the latent voltage is measured. For values of s = 0.5 inches/second and a distance of 5 inches between the blade and the electrometer the error is found to be less than 10%.

In the second method, the charge is deposited on the paper using a corotron, thus keeping the writing current constant and independent. Since these currents produce latent voltages well beyond the charge acceptance of the paper, and the effect of varying the plate voltage is minimal, the wire to paper gap provides a more suitable means of controlling the charging current.

The average and standard deviations of the capacitance obtained by different corotron distances are equal to each other and are 4800 and 290 pf/in$^2$, respectively. The corresponding values obtained by the first method are 4600 and 150 pf/in$^2$ and can be statistically considered as equal to the corotron method.

## APPENDIX VII

### Charge Distributions

A detailed description of the charged spots is obtained by:

1) The calculation of the electric field and electric potential in and around the charged spot.

2) The interaction energy of the charged particles.

The first calculation incorporates the effects of the dielectric constants of the paper and the ambient atmosphere as well as the magnitude and distribution of charge in the spot.

$$q_v = 2K_1 q/(K_1 + K_2)$$

where $q_v$ is the "virtual" charge density and $K_1$ and $K_2$ are the dielectric constants of the air and of the dielectric paper respectively. Therefore:

$$4\pi \epsilon_0 (K_1 + K_2) Vi/2K_1 = \sum_{j}^{N} q_j/r_{ij}$$

This equation is used to compute the radial electric field and potentials along the surface, through and beyond the charged spot. The potentials along the normal to the centerline of the charge are calculated by the equation:

$$4\pi \epsilon_0(K_1+K_2)V_c/2K_1 = a \int_0^a [2\pi q r dr/(r^2+\eta^2)]/\int_0^a 2\pi q r dr$$

where a is the radius of the charged disc, $\eta$ the distance along the normal to it. Radial distributions of charge are obtained by using the relation:

$$q = q_c/(1 \pm \alpha r^2/a^2)$$

where $\alpha$ is used to describe various assumed charge distributions. The capacitance per spot is then computed as follows:

$$C = \int_0^a 2\pi q r dr/V(r) = Q/V_c \left\{ \int_0^a [2\pi V_c q r dr/QV(r)] \right\}$$

The radial distributions are exemplified by Figure 5 and were confirmed by comparisons between scanned patterns which were developed after scanning (Figure 10).

## APPENDIX VIII

### Charge Acceptance Limit

It is postulated that the charge acceptance limit is associated with the energetics of the system binding the charges to sites on the paper surface. Sites can be absorbed electronegative gas molecules or exposed atoms of the dielectric material. Further charge will not be accepted in any given area when:

a) The deposition rate is equal to the evaporation rate.

b) The charged particles or charges are removed from the sites and flow laterally.

c) The induced electric field from the deposited particles deflects incoming particles radially.

In case c), the charge acceptance limit will be dependent upon the energy of the impinging particles and would not be a property of the paper. Since definite limits to the charge acceptance have been observed under all conditions, it is most likely that either a) or b) are in effect.

A thermodynamic analysis of the charged spot should therefore permit a theoretical calculation of the charge acceptance limit. Following the procedures developed by Fowler and Guggenheim for the investigation of interacting surface layers, the interaction energy of all charged particles in the system was computed:

$$8\pi \epsilon_0(K_1+K_2)|e|w/2K_1 = \sum_{i=1}^{N} \sum_{j=1}^{N} q_i q_j/r_{ij} + \sum_{K=1}^{N} \sum_{j=1}^{N} q_k q_j/r_{kj} + \ldots$$

increases this criterion for establishing the phase equilibrium is that the electrochemical potentials of the bound and mobile charged particles be equal.

# REFERENCES

Baum, E.A., Lewis, T.J. and Toomer, R., "The lateral motion of charge on thin films of polyethylene terephthalate," *J. Phys. D: Appl. Phys.* 11, 963-77, 1978.

Bottlik, G.P., *Experimental Studies of Electrographic Writing*, Xerox Internal Report, No. P78-00042, August 1978.

Cooley, J.W. and Tukey, J.W., "An Algorithm for the Machine Calculation of Complex Fourier Series," *Mathematics of Computation*, Vol. 19, p. 297, 1965.

Cobine, J.D., *Gaseous Conductors*, Dover Publications, New York, 1958.

Fowler, R. and Guggenheim, E.A., *Statistical Thermodynamics*, Cambridge University Press, 1956.

Germer, L.H., "Electrical Breakdown between Close Electrodes in Air," *Journal of Applied Physics*, Vol. 30, No. 1, January 1959.

Guile, A.E. and Hitchcock, A.H., "Arc Cathode Craters on Thin and Thick Oxide Films on Steel and Copper," *Archiv Fur Electrotechnik*, 60, 17-26, Springer Verlag, 1978.

Hitchcock, A.H. and Guile, A.E., "Effect of Copper-oxide Thickness on the Number and Size of Arc-Cathode Emitting Sites," *Proc. IEE*, Vol. 124, No. 5, May 1977.

Hitchcock, A.H. and Guile, A.E., "A Scanning Electron Microscope Study of the Role of Copper Oxide Layers on Arc Cathode Erosion Rates," *Journal of Materials Science* 12, 1095-1104, 1977.

Kisliuk, P., "Electron Emission at High Fields Due to Positive Ions," *Journal of Applied Physics*, Vol. 30, No. 1, Jan. 1959.

Meeks, J.M. and Craggs, J.D., *Electrical Breakdown of Gases*, John Wiley and Sons, New York, 1978.

Toomer, R. and Lewis, T.J., *Charge Effects at Aluminum Electrodes on Insulating Films*, Inst. Phys. Conf. Ser. No. 48, 1979.

Smythe, W.R., *Static and Dynamic Electricity*, p. 68, McGraw-Hill, New York, 1950.

# The Developments of High Resolution
# Electrostatic Apparatus

ROKUZO MIIDA, MASARU OHNISHI

KOICHI TOMURA, KAZUHIRO SAMEJIMA

Communications R & D,
Mitusbishi Electric Corp., JAPAN

Abstract

The developments of electrostatic recording techniques to reproduce high quality half-tone pictures are presented, in which positive recording method was adopted and half-tone reproducibility, high resolution, homogeneous recording were discussed. Dot missing phenomenon was decreased extensively by developing new dielectric paper.

For high speed digital facsimiles, electrostatic recording method with multi-stylus head is widely applied. This method is suited for digital recording, but it is difficult to reproduce half-tone pictures by controlling applied voltages, because the optical density changes steeply with applied voltages. Many trials to reproduce half-tone pictures by electrostatic recording method have been made, but most of them were by above noted method. Recently, multi-level dither method to reproduce multi-level half-tone pictures with three or four levels of optical density was proposed by expanding the ideas of the conventional digital dither method, which has developed to represent half-tone pictures with only black and white digital levels. The multi-level dither method has more smooth half-tone reproducibility compared to the digital method, and for which electrostatic recording method could be applied.

This report describes the developments of electrostatic recording techniques applied for high resolution facsimile MELFAS 850, which enabled the transmissions and recordings of multi-level half-tone pictures in high speed.

cording techniques of the following three items.

(1)  Half-tone recording with multi-level dither method

(2)  High resolution positive electrostatic recording

(3)  Homogeneous recording

static recording means, analogue and digital method could be
used.  By analogue method, half-tone levels are represented
by dots of different sizes changed with applied voltages.
In Fig. 1, optical density versus applied voltage was shown,
in which the curves for a negative recording rises too steeply,
the applied voltage for half-tone levels are hard to
be controled.  On the other hand  the curves for positive
recording rises slowly and seems good, but it is also un-
suitable to reproduce half-tone pictures, because the dis-
charges are unstable in the lower applied voltage region.
By digital method, that is, by dither method, half-tones are
represented by several dots of definite diameters confined
in a very small area.  But by dither method, optical density
is represented with rather spread area as a unit (we call
this as a dither matrix cell), the resolution decreases for
multi-level half-tone pictures.  In order to improve re-
solution without decreasing half-tone levels, multi-level
dither method was developed.[1]  This method uses three or
four levels of optical density for each dot (picture ele-
ment).  In Fig. 2, we show half-tone reproducibility by
electrostatic recording method.  We have adopted positive

of reflected optical density for positive recording is low, and dot size does not change too much, and positive recording method shows rather good half-tone reproducibility, while for negative means, gamma is very high, and the optical densities for intermediate half-tone levels soon become saturated, (2) positive recording method has high resolution possibility. In Fig. 3, we show actual recording examples of half-tone pictures. (for both polarity)

We have adopted three level dither method for half-tone pictures which need high resolution reproducibility. The smoothness increases with increasing dither levels, the picture qualities do not increase so much, because the discharges in the lower applied voltage regions are unstable, as noted before. Three levels of optical densities for dither method were determined as 1 : 0.3 : 0, in order to attain smooth half-tone characteristic for human eyes from the relation $OD = \log_{10} (I_1/I_2)$, the ratio correspond to the reflected light intesity ratio of 1 : 0.5 : 0. We had adopted two level dither method of higher matrix in order to reproduce multi-level half-tone pictures such as photos. In Fig. 4, we show dither matrices which we had adopted in above discussions. In Table 1, we show comparisons of half-tone levels and resolutions by subjective estimations for

In order to reproduce high quality half-tone pictures, first, a dither matrix cell should be small enough to attain high resolution keeping the multi-level half-tone characteristic, so that high resolution recording is essential. The second demand for high quality half-tone pictures is the homogeneity, especially for half-tone level recording.

High resolution recording[2]

In order to realize high resolution recording, we must reduce dot spacing and dot diameter, and overlap each other to get high optical density.

Polarity of the high voltage pulses influences the resolution and recording quality, greatly. Fig. 5 shows the dependence of dot sizes versus applied high voltage pulses for both polarities, and in Fig. 6 we show a microscopic photos of dots for both polarities. In negative recording, dot size broadens extensively with applied voltages, while in positive recording, dot size does not broaden so much from the original stylus diameter. In the figure, the discharges are rather unstable below applied voltages of about 500V, and the highest resolution for negative recording is about 10 dots/mm, while in positive recording 19 dots/mm for perfectly separate dot condition.

In Fig. 7 we show enlarged recording examples for both polarity. In negative recording, extraordinally bigger dots frequently appear, while in positive recording, no such bigger dot appears, and positive recording is rather homogeneous, however, dot missing phenomenon appears and it deteriorate the picture quality greatly.

We adopted positive means for high resolution recording method because (1) small dot size could be attained stably,

(2) homogeneous recording are expected, and we had investigated to decrease dot missing phenomenon, and attained high quality, high resolution recording.

In the following, we will describe the developments to reduce dot missing phenomenon in positive recording. The main experimental results which were carried out to clarify the phenomenon are (1) dot missings decrease greatly when simultaneous discharges are present at the nearest neighbours, as is shown in Fig. 8, (2) closer contacts between the stylus and the paper decreases dot missings greatly. Considering the above results and the principle of the gas discharge, it could be said that the dot missings are caused by the scarcity of primary charged particles at the stylus positions, as there are no electric field emissions or secondary electron emissions from the stylus surface as in the case of negative recordings.

It is difficult to supply charged particles from the surroundings for localized dots, we had reduced dot missing phenomenon by developing a new dielectric papers to make closer contacts with the stylus. The surface of dielectric layers of the newly developed paper was composed of nearly the same size of colour pigments (5 to 15 microns) and binders to make definite contacts with a stylus at several points. In Fig. 9, we show microscopic photos of conventional and newly developed paper. And about 40 % greater

electric susceptivility of the pigment and binder mixtures compared to the conventional papers were selected to get higher electric fields at the contacts. By this high electric fields, the charged particles are expected to be generated. In Fig. 10 we show the comparison of the dot formation probability versus applied voltages for a newly developed and a conventioal paper. About 20 % of dot missing phenomenon was decreased.

581

Homogeneity is especially necessary for pictures containing broad black area, or multi-level half-tone pictures. In this section, we describe on the developments to obtain homogeneous recordings.

Randomly appeared inhomogeneities such as dot missings in positive recordings, and extraordinally bigger dots in negative recordings are avoided by adopting the positive recording methods with newly developed paper.

We sometimes encounter periodical stripe pattern inhomogeneities depending on the geometrical configuration of the multi-stylus recording head. This is observed especially when the resistivity of the paper is very high, as in the case of low humidity conditions.

There are two places in the head that originate these stripe patterns: (1) at the edge of a stylus group simultaneously recording, and (2) at the gap between the control electrodes. Both of these are due to the voltage rise time differences at each stylus position. In Fig. 11, we show an actual examples of the stripe pattern inhomogeneity at high resistivity conditions, in which the optical density is the highest at the edges of the stylus group and gradually decrease to the middle of the group. We call this as an edge

effect.  At the gaps between the control electrodes, the optical density decreases greately, at high resistivity condition.  In Fig. 12, the optical densities for stripes of Fig. 11, are shown.

These phenomena are explained with a model of multi-stylus head as shown in Fig.13 .  In Fig. 14, we show an equivalent circuit of the recording system.  Electrostatic latent images are formed by residual potentials after the discharges at the air gaps.  The gap voltages $V_g$ at the stylus is approximately given as

$$V_g = V_R \{1 - \exp(-\frac{t}{C_{ng} R_n})\}$$

where $V_R$ is the applied voltage between the stylus and the control electrode, $R_n$ is the resistivity of the low resistivity layer between the stylus and control electrode, $C_{ng}$ is the capacity of the gap at the stylus.  In actual case, $C_{cg}$, $C_c \gg C_n > C_{ng}$, and $R_g \gg R_n$.

$R_n$ correspond to each stylus is determined by the narrow pathes as shown in Fig. 12 which is determined by the electric field fluxes perpendicular to the equipotential surfaces, which firmly depend upon the neighbouring stylus potentials.

In Fig. 15, the calculated voltage increases for typical examples were shown as a function of time, in which $R_n$'s were calculated with the relation

583

$$R_n = \rho_s \cdot \frac{d_2}{l_2 - l_1} \ln \frac{l_2}{l_1} \quad (\Omega)$$

where $\rho_s (\Omega/\square)$ is the sheet resistivity ratio of the low re-
sistivity layer of the paper, and $d_2$ is the distance between
the stylus and the control electrode, $l_1$, $l_2$ are the width of
the path for stylus and control electrode, respectively.

The resistivity correspond to the edge most stylus of a
simultaneously discharging stylus group is far too small com-
pared to the rest of the stylii,   the voltage  rise  for
the stylus is the fastest.  Thus the instatenous voltage
differences among these stylii affects each other,the optical
density gradient arises, as we have seen before.

Current pathes correspond to the stylii at the gap of
control electrodes, as shown in Fig. 13, are longer and the
resistivities are higher compared to those for the rest, and
the optical density decrease at the gaps especially at low
humidity conditions.

We have made developments to improve homogeneities by
two methods, (1) by scanning method for the edge effect, and
(2) a head of new control electrode configuration for the
optical density decrease between the gaps. In Fig. 1, we
show the methods we had adopted.

which we decreased the numbers of the stylii in a stylus group of simultaneously discharging.  In this case, we kept scanning time for a line as a constant, in order to keep high speed recording.  As the number decreases, the optical density gradient of a group decreases, as was shown in Fig. 12.  We determined the number of the stylii by experiments, because the homogeneity seems increase with decreasing the stylii, the dot missing phenomenon appeared, as  shown in Fig. 8 and it deteriorates the picture quality greatly.  We concluded that every 12 dots is the most preferable in our case.

Staggerly arranged control electrodes configuration was adopted to form the homogeneious electric field at the stylii, and we have almost get rid of the inhomogeneity between the gaps of control electrodes.

585

We have applied above developed techniques to our high speed, high resolution facsimile MESFAS 850, which transmit documents, especially fine details of chinease characters or pictures and half-tone pictures such as photos, over public switched telephone line. MELFAS 850 is implemented with highly effective signal compression method: The Classified Pel Pattern (CLAP) Method, which was especially suited for half-tone picture compression as well as usual digital pictures. The recording portions consist of electrostatic recording head of 12 dots/mm, A3 width; one component magnetic tonor developer, and xenon flush lamp fixing apparatus.

In Table 2, we show the transmission mode of our MELFAS 850, and in Fig. 17, we show a high resolution recording example of chinease characters.

## Conclusions

We have developed a technique to reproduce high quality half-tone pictures for digital facsimiles adopting electrostatic recording method, in which half-tone reproducibility by 3 level dither method, high resolution and homogeneous recording techniquies were investigated.

Positive recording method was adopted because of low gamma characteristics for half-tones, controllable small dots for high resolution, and homogeneous picture quality. Dot missing phenomenon accompanying positive recording was reduced by developing new dielectric paper.

Homogeneous recording was attained by adopting comb type scanning method and a head of staggerly arranged control electrodes.

Acknowledgment

The authors wish  to express the gratitude to Mr. Ohta for his kind guidance.

587

(1)  F. Ono et al., "Transmission and Primiting of
     Continuous-tone Images Using Multi-level Ordered
     Dither", Proc. 1979 NTC., No. 53-7, 1979.

(2)  M. OHNISHI, "Elimination methods of Missing Dots in
     Positive Electrostatic Printing", Trans. Inst.
     Elect. Commu. Engi. Japan  (to be published, 1980)

## Half-tone levels & Resolutions

| Mode | Half-tone levels | Resolution (dots/mm) | Dither-Matrix | Purpose |
|---|---|---|---|---|
| 2-levels | 2 | 12 | | digital, fine detail |
| 2-levels, 2 x 2 | 5 | 8 | 2    4 | half-tone |
| 3-levels, 2 x 2 | 9 | 10 | 2    6 | half-tone & chinese character |
| 2-levels, 4 x 4 | 17 | 8 | 7    3 | photos |

Subjective estimation

Table 1

F0505090441.5001

589

| | Mode | Resolution (V x H) | half-tone levels | Dither Matrix | | Purposes |
|---|---|---|---|---|---|---|
| 1 | Fine | 12 x 12 | 2 | | Digital | Fine details of documents |
| 2 | Fast | 6 x 6 | 2 | | Digital | Coarse but fast transmission |
| 3 | Half-Tone | 12 x 12 | 9 | 2 x 2 | 3 level Dither | Half-tones pictures with fine details of chinese characters |
| 4 | Picture | 12 x 12 | 17 | 4 x 4 | 2 level Dither | Multi-level half-tones such as photos |

Table 2

Figure capations

Fig. 1.   Recorded optical density OD versus applied
          voltages $V_R$ for both polarities.

     2.   Half-tone reproducibility, OD versus 2 and 3
          half-tone level, with $2 \times 2$ dither method by
          positive electrostatic recording.

     3.   Recording examples for both polarity, (a)
          negative, 2 level $4 \times 4$ dither, (b) positive,
          2 level $4 \times 4$, dither.

     4.   Dither matrices $^{(\ )}$

          (a)   9 half-tone levels representation by 3
                level ( ● black,   ⊘ grey,  ○ white),
                $2 \times 2$ dither matirx.

          (b)   16 half-tone levels, by 2 level ( ● black,
                ○ white), $4 \times 4$ dither matrix.  Dot con-
                figuration of this figure is called screen
                method.

     5.   Recorded dot sizes d, and dot broadening Δd,
          versus appled voltages $V_R$ for both polarities,
          with stylus diameters as a parameter.
          Pulse width tp = 10 μsec. (Ref. 2)

     6.   Microscopic photos of recorded dots for both
          polarity.  $V_R$ = 500V, tp = 10 μsec. (Ref. 2)

591

(a)  negative    (b)  positive

8.    Dot formation probability α, versus numbers of
      dots simultaneously discharge n is shown, where
      α is defined as  $\alpha = m/M$ , in which M is the
      number of dots expected to be recorded, and m
      is the numbers of dots actually recorded.
      (Ref. 2)

9.    Microscopic photos of (a) conventional and (2)
      newly developed papaers. (Ref. 2)

10.   Dot formational probability α for (b) conven-
      tional and (a) newly developed paper. (Ref. 2)

11.   Examples of stripe pattern inhomogeneities.

12.   Optical densities for Fig. 11.

13.   Models of current flow pathes of a multi-stylus
      head.

14.   Equivalent circuit of a recording system for a
      single stylus model, where Vg is the voltage of
      air gap, Cng, Ccg is the air gap capacities of
      stylus and control electrode, respectively; and
      Cn and Cc is the capacities of the dielectric
      layer of the paper, corresponding to the stylus
      and the control electrode, respectively; Rn, Rn
      is the resistivity of the low resistivity layers
      of the current pathes between the stylus and

electrodes and the ground, respectively.

15.    Gap voltage Vg increases with time for typical
       current path of Fig. 12.

16.    (a)  Sanning method and (a) head configuration
            for homogeneous recording.

17.    A photo of chinese character recording by
       MELFAS 850.

Table 1.  .  Half-Tone levels and resolutions.

      2.    Facsimile transmission modes of MELFAS 850.

593

Fig. 1

Fig. 2



$V_R$    −575 (V)

(a)

$V_R$   +575 (V)

(b)

Fig. 3

596



(a)



(b)

Fig. 4



Fig. 5

| $V_t$ polarity | 500 | |
|---|---|---|
| NEGA. | | 100μm |
| POSI. | | stylus<br>35μm |

Fig. 6

TD50060·TT5000F9

(a)



(b)

Fig. 7

## CERTIFICATE OF SERVICE

I, Paul T. Meiklejohn, hereby certify that on this 27th day of July, 2007, true and correct

copies of the foregoing document were served in the manner indicated below:

Via First Class Mail:

Paul C. Gibbons
Douglas M. Hall
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Attorneys for Plaintiffs
New Medium Technologies LLC, AV Technologies LLC, IP Innovation LLC, J. Carl
Cooper, Pixel Instruments Corporation and Technology Licensing Corporation

Daniel J. O'Connor
Edward K. Runyan
BAKER & MCKENZIE
130 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-8000
Attorneys for Defendant
Barco N.V.

Robert D. Donoghue
DLA PIPER RUDNICK GRAY CARY US LLP
1200 Nineteenth Street, NW
Washington, DC 20036
Telephone: (202) 861-4167
Attorneys for Defendant
Miranda Technologies

Maxwell J. Petersen
PAULEY PETERSON KINNE & ERICKSON
2800 West Higgins Road, Suite 365
Hoffman Estates, IL 606169
Telephone:  (847) 490-1400
Attorneys for Syntax-Brillian Corporation
DATED this 26th day of July, 2007.

_____
PAUL  T. MEIKLEJOHN