# EXHIBIT F

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

New Medium Technologies LLC, et al.

                               Plaintiff,

v.                                           Case No.: 1:05−cv−05620
                                                     Honorable Amy J. St. Eve

Barco NV, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 29, 2007:

      MINUTE entry before Judge Amy J. St. Eve :Defendant Syntax−Brillian Corporation oral motion to withdraw Motion [369] is granted. MOTION by Defendant Syntax−Brillian Corporation to amend/correct FIRST AMENDED ANSWER TO THIRD AMENDED COMPLAINT [369] is withdrawn. Status hearing held on 8/29/2007. By agreement, depositions to be completed by 10/19/2007. Responses to written discovery to close 9/28/2007 to stand. Parties to file a revised Claim Construction schedule to account for the 10/19 date.Status hearing set for 9/26/2007 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.