# EXHIBIT H



( )) **DORSEY**

DORSEY & WHITNEY LLP

**FILE COPY**

**PAUL T. MEIKLEJOHN**
(206) 903-8746
FAX (206) 903-8820
meiklejohn.paul@dorsey.com

August 15, 2007

**VIA ELECTRONIC MAIL AND POSTAL**
**SERVICE**

Paul Gibbons, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL  60602-4515

  Re: *New Medium v. Barco*

Dear Paul:

   We understand you represent Mr. Torrance and Mr. Klughart.

   As to Mr. Torrance, we need to have the documents responsive to the subpoena and a log of any withheld documents in time to review them.  Please ensure that we have them no later than the close of business August 23.

   As to Mr. Klughart, September 17 will have to do if no earlier date is available.  Mr. Klughart specifically told me, contrary to the statements in your letter, that August 13 was acceptable for his deposition.  We need Mr. Klughart's documents by August 23 also.

   We still have not received a response to our request that you accept service of the subpoena on behalf of Mr. Klughart.  Please let me know about that immediately.

   Finally, it appears inappropriate for you to represent these witnesses.  It seems to me that the only purpose of your representation is to preclude defendants from talking with these witnesses.

        Best regards,

        *Paul*

        Paul T. Meiklejohn