# EXHIBIT I

## NIRO, SCAVONE, HALLER & NIRO
181 WEST MADISON STREET – SUITE 4600
CHICAGO, ILLINOIS 60602-4635

TELEPHONE (312) 236-0733
FACSIMILE (312) 236-3137

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.

MATTHEW G. McANDREWS
PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN

OF COUNSEL:
THOMAS G. SCAVONE

August 16, 2007

**Via Facsimile: (206) 903-8820**
Paul T. Meiklejohn, Esq.
Dorsey & Whitney LLP
U.S. Bank Centre
1420 Fifth Avenue – Suite 3400
Seattle, Washington 98101-4010

Re:   <u>New Medium Technologies, et al. v. Toshiba Corporation, et al.</u>

Dear Paul:

Mr. Torrance is not available for deposition on the date unilaterally selected by Toshiba and the subpoena only served upon him on August 6, 2007. Mr. Torrance is available for deposition on August 23, beginning at 8:30 a.m.

Please confirm August 23, 2007 for Mr. Torrance's deposition.

Regards,

*[signature]*
Paul C. Gibbons

PCG:mm
cc:   A. O'Toole