# EXHIBIT J

## NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602-4635

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

MATTHEW G. McANDREWS
PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN

OF COUNSEL:
THOMAS G. SCAVONE

August 21, 2007

**Via Facsimile: (206) 903-8820**

Paul T. Meiklejohn, Esq.
Dorsey & Whitney LLP
U.S. Bank Centre
1420 Fifth Avenue - Suite 3400
Seattle, Washington 98101-4010

Re: <u>New Medium Technologies, et al. v. Toshiba Corporation, et al.</u>

Dear Paul:

I have, pursuant to your request, again asked Mr. Torrance if he is available on August 24 to sit for his deposition. He is not. He is likewise unavailable the following week, as well as through at least the end of October. I again advise you to depose him on August 23. Please confirm whether or not you will conduct the deposition on the 23rd.

Regards,

Paul Gibbons/mm
Paul C. Gibbons

PCG:mm
cc: A. O'Toole

```
                        ***********************
                        ***   RX REPORT     ***
                        ***********************


RECEPTION OK

TX/RX NO                    8090
RECIPIENT ADDRESS           312 236 1605
DESTINATION ID
ST. TIME                    08/21 07:14
TIME USE                    01'00
PGS.                            2
RESULT                      OK
```

# Niro, Scavone, Haller & Niro
181 West Madison Street – Suite 4600
Chicago, IL 60526
Telephone: 312-236-0733
Facsimile: 312-236-3137

## Facsimile Transmittal

| | | | |
|---|---|---|---|
| TO: | Paul T. Meiklejohn | Fax | 206-903-8820 |
| cc: | Amy O'Toole | Fax | 312-827-8000 |
| From: | Paul C. Gibbons | Date: | 8/21/2007 |
| Re: | New Medium et al v. Barco NV and Miranda Technologies et al. | Pages: | 2 (including this transmittal page) |

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

*If you do not receive all of the pages, please call 312-236-0733 and ask for Mary Martin*

**CONFIDENTIAL**
THE FOLLOWING INFORMATION BEING TRANSMITTED IS CONFIDENTIAL AND MAY BE PROTECTED UNDER THE ATTORNEY-CLIENT PRIVILEGE – TO BE DISTRUBUTED TO THE ADDRESSEE ONLY. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION MAY NOT BE DISCLOSED, COPIED, DISTRIBUTED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE PHONE THE ABOVE AND WE WILL