# EXHIBIT K

08/22/2007 12:15 IFAX fax_central.se@dorsey.com → NIRO SCAVONE  ☒002/002
08/22/2007 13:18 FAX 312 236 1605  NIRO SCAVONE  ☒002/002
Case 5:07-mc-80226-JF  Document 2-12  Filed 09/24/2007  Page 2 of 3

## NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.

181 WEST MADISON STREET — SUITE 4600

CHICAGO, ILLINOIS 60602-4635

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

August 22, 2007

MATTHEW G. McANDREWS
PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN

OF COUNSEL:
THOMAS G. SCAVONE

**Via Facsimile: (206) 903-8820**

Paul T. Meiklejohn, Esq.
Dorsey & Whitney LLP
U.S. Bank Centre
1420 Fifth Avenue - Suite 3400
Seattle, Washington 98101-4010

Re: <u>New Medium Technologies, et al. v. Toshiba Corporation, et al.</u>

Dear Paul:

Thank you for finally confirming that you will not be proceeding with Mr. Torrance's deposition on the days that he is available. As I have repeatedly told you, he is not available either Friday or next week. In fact, as I have told you, he is unavailable until at least the end of October. Given the extremely narrow window you provided for scheduling his deposition, since you neglected to serve him with a subpoena until the night of August 6, any failure to take his deposition before the close of fact discovery resides solely with Toshiba.

Regards,

Paul Gibbons/mm
Paul C. Gibbons

PCG:mm
cc: A. O'Toole

08/22/2007 12:11 IFAX fax_central.se@dorsey.com → Fax 001/002
08/22/2007 13:18 FAX 312 236 1605 NIRO SCAVONE 001/002
Case 5:07-mc-80226-JF Document 2-12 Filed 09/24/2007 Page 3 of 3

# Niro, Scavone, Haller & Niro

181 West Madison Street – Suite 4600

Chicago, IL 60526

Telephone: 312-236-0733

Facsimile: 312-236-3137

## Facsimile Transmittal

| TO: | Paul T. Meiklejohn | Fax | 206-903-8820 |
|---|---|---|---|
| cc: | Amy O'Toole | Fax | 312-827-8000 |
| From: | Paul C. Gibbons | Date: | 8/22/2007 |
| Re: | New Medium et al v. Barco NV and Miranda Technologies et al. | Pages: | 2 (including this transmittal page) |

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

*If you do not receive all of the pages, please call 312-236-0733 and ask for Mary Martin*

**CONFIDENTIAL**
THE FOLLOWING INFORMATION BEING TRANSMITTED IS CONFIDENTIAL AND MAY BE
PROTECTED UNDER THE ATTORNEY-CLIENT PRIVILEGE – TO BE DISTRUBUTED TO THE