# EXHIBIT L

-----Original Message-----
**From:**      Meiklejohn, Paul
**Sent:**      Wednesday, August 22, 2007 8:29 PM
**To:**        Gibbons, Paul C. (E-mail)
**Subject:**

Dear Paul,

        This responds to your letter of today regarding Mr. Torrance's subpoena and deposition. We originally noticed and subpoenaed Mr. Torrance for deposition on August 27, 2007 at 9:00 a.m. in Palo Alto, California. As we mentioned to you previously, Mr. Torrance informed us that he was available for deposition on that day.

        The two alternative dates for deposition that you proposed, August 22 and 23, 2007, would not work for me because, as you know, I am defending Toshiba witnesses for deposition at your office in Chicago, Illinois. Instead of August 27, 2007, I suggested that Friday, August 24, 2007 or Tuesday, August 28, 2007 would work. You rejected those dates. Your recent letter now suggests, without explanation, that Mr. Torrance will not be available for deposition from August 24 until the end of October, which, of course, is after the close of fact discovery.

        While we are willing to work with you on an alternative date for Mr. Torrance's deposition, we do not believe that the end of October is reasonable. Please provide us with an explanation as to why Mr. Torrance is no longer available on August 27, 2007 and why he is not available from August 24 until the end of October.

        Until you provide us with a reasonable explanation as to Mr. Torrance's unavailability and an alternative date before the close of discovery that does not conflict with any previously scheduled deposition involving Toshiba, we intend to go forward with the deposition of Mr. Torrance on Monday, August 27, 2007 at 9:00 a.m. We suggest that you cooperate with us in choosing an alternative date or move the court for a protective order if you intend not to comply with the current subpoena.

        Just to be clear, if I do not have from you an acceptable mutually agreeable (i.e., one with which I agree) alternative date for Mr. Torrance's deposition by 5 PM PST on August 24 and you have not informed me by that time that you have moved for a Protective Order on this issue, I will leave for Palo Alto on Sunday evening for the deposition.

Paul