# EXHIBIT M



PAUL T. MEIKLEJOHN
(206) 903-8746
FAX (206) 903-8820
meiklejohn.paul@dorsey.com

September 10, 2007

**VIA ELECTRONIC MAIL**

Paul C. Gibbons
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602-4515

    Re:   *New Medium Technologies, et al. v. Barco N.V., et al.*

Dear Paul:

    Please let me know when Mr. Torrance will return from his trip and the first day he will be available for deposition. Please also let me know if you will agree to sign a Stipulation that we can take his deposition testimony on that day, if it is after the end of the discovery period.

                Best regards,

                DORSEY & WHITNEY LLP

                Paul

                Paul T. Meiklejohn

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · T 206.903.8800 · F 206.903.8820
U.S. BANK CENTRE · 1420 FIFTH AVENUE · SUITE 3400 · SEATTLE, WASHINGTON 98101-4010

USA   CANADA   EUROPE   ASIA