| | |
|---|---|
| 1 | MARTHA C. LUEMERS SBN 104658 |
| | DORSEY & WHITNEY LLP |
| 2 | 1717 Embarcadero Road |
| | P.O. Box 51050 |
| 3 | Palo Alto, California  94303 |
| | Telephone:  (650) 857-1717 |
| 4 | Facsimile:  (650) 857-1288 |
| | E-mail:  eFilingPA@dorsey.com |
| 5 | E-mail:  luemers.martha@dorsey.com |

PAUL T. MEIKLEJOHN, *Pro Hac Vice App. Pending*
DOUGLAS F. STEWART, *Pro Hac Vice App. Pending*
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Ave., Suite 3400
Seattle, WA 98101
Telephone:  (206) 903-8800
Facsimile:   (206) 903-8820
E-mail:  meiklejohn.paul@dorsey.com
E-mail:  stewart.douglas@dorsey.com

Attorneys for Defendants
TOSHIBA CORPORATION and
TOSHIBA AMERICA CONSUMER
PRODUCTS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW MEDIUM TECHNOLOGIES LLC, AV TECHNOLOGIES LLC, J. CARL COOPER, PIXEL INSTRUMENTS CORPORATION, IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARCO N.V., MIRANDA TECHNOLOGIES, TOSHIBA CORPORATION, TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and SYNTAX-BRILLIAN CORPORATION,<br><br>Defendants. | **MISC. CASE NO. CV 07 80226 JF (RS)**<br><br>**Underlying Action**<br>USDC Northern District of Illinois<br>Eastern Division<br>Civil Action No. 05-CV-5620<br><br><br>**CERTIFICATE OF SERVICE** |

-1-

I, Amy G. O'Toole, hereby certify that on September 24, 2007, true and correct copies of:

    MOTION TO COMPEL THE DEPOSITION OF JERRY B. TORRANCE, JR.

    DECLARATION OF PAUL T. MEIKLEJOHN IN SUPPORT OF MOTION TO COMPEL THE DEPOSITION OF JERRY B. TORRANCE, JR.

    [PROPOSED] ORDER GRANTING MOTION TO COMPEL THE DEPOSITION OF JERRY B. TORRANCE, JR.

were served on Jerry B. Torrance, Jr. and the parties:

By E-Mail and Hand Delivery to:

    Raymond P. Niro
    Joseph N. Hosteny, III
    Arthur A. Gasey
    Paul C. Gibbons
    Douglas M. Hall
    David J. Mahalek
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison, Suite 4600
    Chicago, Illinois 60602
    Telephone:  (312) 236-0733
    Attorneys for Jerry B. Torrance, Jr. and for Plaintiffs
    New Medium Technologies LLC, AV Technologies LLC,
    IP Innovation LLC, and Technology Licensing Corporation

And by E-Mail and First Class Mail to:

    Daniel J. O'Connor
    BAKER & MCKENZIE
    130 East Randolph Drive
    Chicago, Illinois  60601
    Telephone:  (312) 861-8000
    Attorneys for Defendant
    Barco N.V.

    James M. Heintz
    DLA PIPER RUDNICK GRAY CARY US LLP
    1200 Nineteenth Street, NW
    Washington, DC  20036
    Telephone:  (202) 861-4167

    Robert D. Donoghue
    Thomas G. Pasternak

DLA PIPER RUDNICK GRAY CARY US LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois  60601
Telephone:  (312) 368-4000
Attorneys for Defendant
Miranda Technologies

Kevin D. Erickson
Maxwell J. Petersen
PAULEY PETERSON KINNE & ERICKSON
2800 West Higgins Road, Suite 365
Hoffman Estates, IL 60169
Telephone: (847) 490-1400

                                                                        /S/
                                                     AMY G. O'TOOLE

<u>Attorney Signature Attestation</u>

I, Martha C. Luemers, hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature within this e-filed document.

                                                      /S/
                                                 MARTHA C. LUEMERS