1   MARTHA C. LUEMERS SBN 104658
    DORSEY & WHITNEY LLP
2   1717 Embarcadero Road
    P.O. Box 51050
3   Palo Alto, California  94303
    Telephone:  (650) 857-1717
4   Facsimile:  (650) 857-1288
    E-mail:  eFilingPA@dorsey.com
5   E-mail:  luemers.martha@dorsey.com

6   PAUL T. MEIKLEJOHN, *Pro Hac Vice App. Pending*
    DOUGLAS F. STEWART, *Pro Hac Vice App. Pending*
7   DORSEY & WHITNEY LLP
    U.S. Bank Centre
8   1420 Fifth Ave., Suite 3400
    Seattle, WA 98101
9   Telephone:  (206) 903-8800
    Facsimile:   (206) 903-8820
10  E-mail:  meiklejohn.paul@dorsey.com
    E-mail:  stewart.douglas@dorsey.com
11
    Attorneys for Defendants
12  TOSHIBA CORPORATION and
    TOSHIBA AMERICA CONSUMER
13  PRODUCTS LLC

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17

18  NEW MEDIUM TECHNOLOGIES LLC, AV              **MISC. CASE NO. CV 07 80226 JF (RS)**
    TECHNOLOGIES LLC, J. CARL COOPER,
19  PIXEL INSTRUMENTS CORPORATION, IP            **Underlying Action**
    INNOVATION LLC, and TECHNOLOGY               USDC Northern District of Illinois
20  LICENSING CORPORATION,                       Eastern Division
                                                 Civil Action No. 05-CV-5620
21                  Plaintiffs,

22  v.                                           **MOTION TO SHORTEN TIME FOR
                                                 PRESENTMENT OF MOTION TO
23  BARCO N.V., MIRANDA TECHNOLOGIES,            COMPEL DEPOSITION OF JERRY B.
    TOSHIBA CORPORATION, TOSHIBA                 TORRANCE, JR.**
24  AMERICA CONSUMER PRODUCTS, L.L.C.,
    and SYNTAX-BRILLIAN CORPORATION,

25                  Defendants.

26

27

28
                                    -1-

                                                 **MOTION TO SHORTEN TIME
                                                 MISC. CASE NO.  CV 07 80226 JF (RS)**

1

2                                    **REQUESTED COURT ACTION**

3          Pursuant to Local Rule 6-3(a), Defendants Toshiba Corporation and Toshiba America

4   Consumer Products, L.L.C. (collectively referred to as "Toshiba") respectfully request entry of an

5   order shortening the time within which their contemporaneously-filed Motion to Compel the

6   Deposition of Jerry B. Torrance, Jr. is heard, so that the deposition may be taken before the

7   October 19, 2007 fact discovery cut-off in the underlying action.

8

9                                   **POINTS AND AUTHORITIES**

10         Plaintiffs have sued Toshiba and other defendants in the District Court for the Northern

11  District of Illinois (the "Underlying Action") alleging patent infringement.  Declaration of Amy

12  G. O'Toole in Support of Motion To Shorten Time, etc. ("O'Toole Decl.") at ¶¶ 1-2.  While one

13  of the patents-in-suit was being prosecuted in the United States Patent and Trademark Office

14  ("PTO"), Jerry B. Torrance, Jr. ("Torrance") submitted a personal declaration to the PTO in

15  support of the pending patent application.  O'Toole Decl. at ¶ 2.  Torrance's declaration was

16  instrumental to the issuance of the patent.  Id.

17         On August 6, 2007, Toshiba properly served Torrance with a subpoena commanding him

18  to appear for a deposition in this judicial district on August 27, 2007.  O'Toole Decl. ¶ 3.  After

19  the subpoena was served on Torrance, who is a third-party to this action, Plaintiffs' counsel

20  announced that they would be representing Torrance in connection with his deposition, and then

21  refused to produce Torrance for deposition on August 27, 2007 or to provide a mutually agreeable

22  date for deposition before October 19, 2007, the Court's deadline for fact discovery in the

23  Underlying Action.  Id.

24         Toshiba's counsel has made substantial efforts to resolve the issue.  Declaration of Paul T.

25  Meiklejohn in Support of Motion to Compel, etc., filed contemporaneously herewith

26  ("Meiklejohn Decl.") ¶¶ 5-8.  But in the entire 74-day period between August 6, when Torrance

27  was served with the deposition subpoena, and the October 19 fact discovery cut off,

28  Plaintiffs'/Torrance's counsel offered only two dates for Torrance's deposition, both of which

                                                -2-

1  were known to Plaintiffs'/Torrance's counsel to be unavailable for Toshiba's counsel because of

2  other previously scheduled depositions in this case. *Id.* Most recently, after

3  Plaintiffs'/Torrance's counsel suggested vaguely that Torrance could not be made available for

4  deposition before October 19 because he might be out of the country, Toshiba's counsel wrote to

5  Plaintiffs'/Torrance's counsel on September 10, 2007 requesting that Plaintiffs'/Torrance's

6  counsel provide Torrance's first available date after Torrance's return and stipulate that

7  Torrance's deposition could be taken on that date if it was past the discovery cut-off. O'Toole

8  Decl. ¶ 4; Meikeljohn Decl. Exh. M.. Plaintiffs'/Torrance's counsel has failed to respond.

9  Meikeljohn Decl. ¶ 8.

10  Therefore, contemporaneous with the filing of this motion to shorten time, Toshiba is

11  filing its Motion to Compel the Deposition of Jerry B. Torrance, Jr. ("Motion to Compel"). There

12  is insufficient time to hear the motion on the Court's usual schedule before October 19, 2007, and

13  substantial prejudice will result to Toshiba if it is unable to complete the deposition of Torrance

14  before that date, because it is the cut-off for fact discovery in the Underlying Action. O'Toole

15  Decl. ¶ 6. Therefore, Toshiba requests that the Court enter an order setting the following

16  schedule for Toshiba's Motion to Compel:

17                          Opposition                      October 3, 2007

18                          Reply                              October 9, 2007

19                          Hearing                         October 12, 2007

20                          Toshiba to serve Order Shortening Time on
                        Plaintiffs'/Torrance's counsel within one court day

21                          following receipt.

22                          Opposition and Reply briefs to be served by e-mail
                        on the day of filing and via hand delivery or

23                          overnight mail no later than one day after filing.

24  Counsel for Plaintiffs/Torrance has not consented to this schedule (see O'Toole Decl. ¶ 7), but it

25  provides Plaintiffs'/Torrance's counsel 7 court days for filing an opposition to Toshiba's Motion

26  to Compel while providing Toshiba 3 court days for a reply. If the Court grants Toshiba's motion

27  on October 12, one week would remain within which to take Torrance's deposition before the

28  October 19 discovery cut-off.

-3-

1        For the reasons set forth above, Toshiba respectfully submits that its Motion For An Order

2  Shortening Time for Presentment of Motion to Compel Deposition of Jerry B. Torrance should be

3  granted.

4  Dated:  September 24, 2007

5                                      DORSEY & WHITNEY LLP

6

7                                By         /S/
                                   MARTHA C. LUEMERS

8                                   Attorneys for Defendants
                                   TOSHIBA CORPORATION and

9                                   TOSHIBA AMERICA CONSUMER
                                   PRODUCTS LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-