MARTHA C. LUEMERS SBN 104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California  94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-mail:  eFilingPA@dorsey.com
E-mail:  luemers.martha@dorsey.com

PAUL T. MEIKLEJOHN, *Pro Hac Vice App. Pending*
DOUGLAS F. STEWART, *Pro Hac Vice App. Pending*
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Ave., Suite 3400
Seattle, WA 98101
Telephone:  (206) 903-8800
Facsimile:   (206) 903-8820
E-mail:  meiklejohn.paul@dorsey.com
E-mail:  stewart.douglas@dorsey.com

Attorneys for Defendants
TOSHIBA CORPORATION and
TOSHIBA AMERICA CONSUMER
PRODUCTS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW MEDIUM TECHNOLOGIES LLC, AV TECHNOLOGIES LLC, J. CARL COOPER, PIXEL INSTRUMENTS CORPORATION, IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARCO N.V., MIRANDA TECHNOLOGIES, TOSHIBA CORPORATION, TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and SYNTAX-BRILLIAN CORPORATION,<br><br>Defendants. | **MISC. CASE NO. CV 07 80226 JF (RS)**<br><br>**Underlying Action**<br>USDC Northern District of Illinois<br>Eastern Division<br>Civil Action No. 05-CV-5620<br><br>**CORPORATE DISCLOSURE STATEMENT OF TOSHIBA CORPORATION AND TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.** |

-1-

**TOSHIBA'S CORPORATE DISCLOSURE STATEMENT**
**MISC. CASE NO. CV 07 80226 JF (RS)**

Toshiba Corporation has no parent and no publicly held corporation owns 10% or more of its stock.

The parent corporation of Toshiba America Consumer Products, L.L.C. is Toshiba America, Inc., which holds 100% of Toshiba America Consumer Products, L.L.C.'s stock..

Dated: September 24, 2007

                DORSEY & WHITNEY LLP

By     /S/
     MARTHA C. LUEMERS
     Attorneys for Defendants
     TOSHIBA CORPORATION and
     TOSHIBA AMERICA CONSUMER
     PRODUCTS LLC