MARTHA C. LUEMERS SBN 104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California  94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-mail:  eFilingPA@dorsey.com
E-mail:  luemers.martha@dorsey.com

PAUL T. MEIKLEJOHN, *Pro Hac Vice App. Pending*
DOUGLAS F. STEWART, *Pro Hac Vice App. Pending*
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Ave., Suite 3400
Seattle, WA 98101
Telephone:  (206) 903-8800
Facsimile:   (206) 903-8820
E-mail:  meiklejohn.paul@dorsey.com
E-mail:  stewart.douglas@dorsey.com

Attorneys for Defendants
TOSHIBA CORPORATION and
TOSHIBA AMERICA CONSUMER
PRODUCTS LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NEW MEDIUM TECHNOLOGIES LLC, AV TECHNOLOGIES LLC, J. CARL COOPER, PIXEL INSTRUMENTS CORPORATION, IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BARCO N.V., MIRANDA TECHNOLOGIES, TOSHIBA CORPORATION, TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and SYNTAX-BRILLIAN CORPORATION, <br><br> Defendants. | **MISC. CASE NO. CV 07 80226 JF (RS)** <br><br> **Underlying Action** <br> USDC Northern District of Illinois <br> Eastern Division <br> Civil Action No. 05-CV-5620 <br><br> **CERTIFICATION BY TOSHIBA CORPORATION AND TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C. PURSUANT TO LOCAL RULE 3-16** |

-1-

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of person, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the outcome of this proceeding: The parent corporation of Toshiba

6  America Consumer Products, L.L.C. is Toshiba America, Inc., which holds 100% of Toshiba

7  America Consumer Products, L.L.C.'s stock..

8  Dated: September 24, 2007

9                                    DORSEY & WHITNEY LLP

10

11                             By _____/S/_____
                                   MARTHA C. LUEMERS
12                                 Attorneys for Defendants
                                   TOSHIBA CORPORATION and
13                                 TOSHIBA AMERICA CONSUMER
                                   PRODUCTS LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-