MARTHA C. LUEMERS SBN 104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
E-mail: eFilingPA@dorsey.com
E-mail: luemers.martha@dorsey.com

PAUL T. MEIKLEJOHN, *Pro Hac Vice App. Pending*
DOUGLAS F. STEWART, *Pro Hac Vice App. Pending*
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Ave., Suite 3400
Seattle, WA 98101
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
E-mail: meiklejohn.paul@dorsey.com
E-mail: stewart.douglas@dorsey.com

Attorneys for Defendants
TOSHIBA CORPORATION and
TOSHIBA AMERICA CONSUMER
PRODUCTS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW MEDIUM TECHNOLOGIES LLC, AV TECHNOLOGIES LLC, J. CARL COOPER, PIXEL INSTRUMENTS CORPORATION, IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARCO N.V., MIRANDA TECHNOLOGIES, TOSHIBA CORPORATION, TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and SYNTAX-BRILLIAN CORPORATION,<br><br>Defendants. | **MISC. CASE NO. CV 07 80226 JF (RS)**<br><br>**Underlying Action**<br>USDC Northern District of Illinois<br>Eastern Division<br>Civil Action No. 05-CV-5620<br><br>**CERTIFICATE OF SERVICE** |

I, Amy G. O'Toole, hereby certify that on September 24, 2007, true and correct copies of:

    MOTION TO SHORTEN TIME FOR PRESENTMENT OF MOTION TO COMPEL DEPOSITION OF JERRY B. TORRANCE, JR.

    DECLARATION OF AMY G. O'TOOLE IN SUPPORT OF MOTION TO SHORTEN TIME FOR PRESENTMENT OF MOTION TO COMPEL DEPOSITION OF JERRY B. TORRANCE, JR. and EXHIBIT THERETO

    [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR PRESENTMENT OF MOTION TO COMPEL DEPOSITION OF JERRY B. TORRANCE, JR.

    CORPORATE DISCLOSURE STATEMENT OF TOSHIBA CORPORATION AND TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

    CERTIFICATION BY TOSHIBA CORPORATION AND TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C. PURSUANT TO LOCAL RULE 3-16

were served on Jerry B. Torrance, Jr. and the parties:

  By E-Mail and Hand Delivery to:

    Raymond P. Niro
    Joseph N. Hosteny, III
    Arthur A. Gasey
    Paul C. Gibbons
    Douglas M. Hall
    David J. Mahalek
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison, Suite 4600
    Chicago, Illinois 60602
    Telephone: (312) 236-0733
    Attorneys for Jerry B. Torrance, Jr. and for Plaintiffs
    New Medium Technologies LLC, AV Technologies LLC,
    IP Innovation LLC, and Technology Licensing Corporation

**CERTIFICATE OF SERVICE**
**MISC. CASE NO.  CV 07 80226 JF (RS)**

And by E-Mail and First Class Mail to:

Daniel J. O'Connor
BAKER & MCKENZIE
130 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-8000
Attorneys for Defendant
Barco N.V.

James M. Heintz
DLA PIPER RUDNICK GRAY CARY US LLP
1200 Nineteenth Street, NW
Washington, DC  20036
Telephone:  (202) 861-4167

Robert D. Donoghue
Thomas G. Pasternak
DLA PIPER RUDNICK GRAY CARY US LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois  60601
Telephone:  (312) 368-4000
Attorneys for Defendant
Miranda Technologies

Kevin D. Erickson
Maxwell J. Petersen
PAULEY PETERSON KINNE & ERICKSON
2800 West Higgins Road, Suite 365
Hoffman Estates, IL 60169
Telephone: (847) 490-1400

      /S/
AMY G. O'TOOLE

<u>Attorney Signature Attestation</u>

I, Martha C. Luemers, hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature within this e-filed document.

      /S/
MARTHA C. LUEMERS

-3-

**CERTIFICATE OF SERVICE**
**MISC. CASE NO.  CV 07 80226 JF (RS)**