```
 1  MARTHA C. LUEMERS SBN 104658
    DORSEY & WHITNEY LLP
 2  1717 Embarcadero Road
    P.O. Box 51050
 3  Palo Alto, California  94303
    Telephone:  (650) 857-1717
 4  Facsimile:  (650) 857-1288
    E-mail:  eFilingPA@dorsey.com
 5  E-mail:  luemers.martha@dorsey.com

 6  PAUL T. MEIKLEJOHN, *Pro Hac Vice App. Pending*
    DOUGLAS F. STEWART, *Pro Hac Vice App. Pending*
 7  DORSEY & WHITNEY LLP
    U.S. Bank Centre
 8  1420 Fifth Ave., Suite 3400
    Seattle, WA 98101
 9  Telephone:  (206) 903-8800
    Facsimile:   (206) 903-8820
10  E-mail:  meiklejohn.paul@dorsey.com
    E-mail:  stewart.douglas@dorsey.com
11
    Attorneys for Defendants
12  TOSHIBA CORPORATION and
    TOSHIBA AMERICA CONSUMER
13  PRODUCTS LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW MEDIUM TECHNOLOGIES LLC, AV TECHNOLOGIES LLC, J. CARL COOPER, PIXEL INSTRUMENTS CORPORATION, IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARCO N.V., MIRANDA TECHNOLOGIES, TOSHIBA CORPORATION, TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and SYNTAX-BRILLIAN CORPORATION,<br><br>Defendants. | **MISC. CASE NO. CV 07 80226 JF (RS)**<br><br>**Underlying Action**<br>USDC Northern District of Illinois<br>Eastern Division<br>Civil Action No. 05-CV-5620<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DEPOSITION OF JERRY B. TORRANCE, JR. AND OF MOTION TO SHORTEN TIME FOR PRESENTMENT OF SAME** |

-1-

1  TO ALL PARTIES, JERRY B. TORRANCE, JR. AND TO THEIR ATTORNEYS:

2  PLEASE TAKE NOTICE that based on the agreement of Jerry B. Torrance, Jr., by and
3  through his counsel, to appear for his deposition on October 19, 2007 pursuant to the deposition
4  subpoena served upon him on or about August 6, 2007, Defendants Toshiba Corporation and
5  Toshiba America Consumer Products, L.L.C. hereby withdraw their motions filed September 24,
6  2007, specifically: (1) Motion to Shorten Time for Presentment of Motion to Compel Deposition
7  of Jerry B. Torrance, Jr., and (2) Motion to Compel the Deposition of Jerry B. Torrance, Jr.

8  Dated: September 27, 2007

DORSEY & WHITNEY LLP

By _____/S/_____
MARTHA C. LUEMERS
Attorneys for Defendants
TOSHIBA CORPORATION and
TOSHIBA AMERICA CONSUMER
PRODUCTS LLC

-2-

**NOTICE OF WITHDRAWAL OF MOTIONS**
**MISC. CASE NO. CV 07 80226 JF (RS)**

## CERTIFICATE OF SERVICE

I, Amy G. O'Toole, hereby certify that on September 24, 2007, a true and correct copy of:

> NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DEPOSITION OF JERRY B. TORRANCE, JR. AND OF MOTION TO SHORTEN TIME FOR PRESENTMENT OF SAME

was served on Jerry B. Torrance, Jr. and the parties:

By E-Mail and First Class Mail to:

> Raymond P. Niro
> Joseph N. Hosteny, III
> Arthur A. Gasey
> Paul C. Gibbons
> Douglas M. Hall
> David J. Mahalek
> NIRO, SCAVONE, HALLER & NIRO
> 181 West Madison, Suite 4600
> Chicago, Illinois 60602
> Telephone: (312) 236-0733
> Attorneys for Jerry B. Torrance, Jr. and for Plaintiffs
> New Medium Technologies LLC, AV Technologies LLC,
> IP Innovation LLC, and Technology Licensing Corporation

And by E-Mail and First Class Mail to:

> Daniel J. O'Connor
> BAKER & MCKENZIE
> 130 East Randolph Drive
> Chicago, Illinois 60601
> Telephone: (312) 861-8000
> Attorneys for Defendant
> Barco N.V.

> James M. Heintz
> DLA PIPER RUDNICK GRAY CARY US LLP
> 1200 Nineteenth Street, NW
> Washington, DC 20036
> Telephone: (202) 861-4167

> Robert D. Donoghue
> Thomas G. Pasternak
> DLA PIPER RUDNICK GRAY CARY US LLP
> 203 N. LaSalle Street, Suite 1900
> Chicago, Illinois 60601
> Telephone: (312) 368-4000
> Attorneys for Defendant
> Miranda Technologies

Kevin D. Erickson
Maxwell J. Petersen
PAULEY PETERSON KINNE & ERICKSON
2800 West Higgins Road, Suite 365
Hoffman Estates, IL 60169
Telephone: (847) 490-1400

_____/S/_____
AMY G. O'TOOLE

<u>Attorney Signature Attestation</u>

I, Martha C. Luemers, hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature within this e-filed document.

_____/S/_____
MARTHA C. LUEMERS